# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN VALENTIN, | : |
| Plaintiff | : CIVIL ACTION |
| v. | : NO. 13-5953 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant | : |

## ORDER

**AND NOW**, this 15 day of Dec, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 15) filed April 3, 2014; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 16) filed May 6, 2014; upon consideration of Plaintiff's Reply Brief (Docket No. 21) filed May 30, 2014; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 4, 2014,

**IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the relief sought by Plaintiff is **DENIED**; and

3. the decision of the Commissioner of Social Security is **AFFIRMED**.

BY THE COURT:

**BERLE M. SCHILLER,**
**United States District Judge**